Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

CHARLES GOLDENBERG, Respondent, *v.* JOHN DOSCHER et al., as Executors of CLAUS DOSCHER, Deceased, Appellants.

*Vendor and purchaser — real property — title — purchase of real property belonging to estate of decedent — action to recover down payment on ground transfer tax had not been fixed and paid, and was a lien upon property.*

*Goldenberg* v. *Doscher*, 221 App. Div. 869, affirmed.
(Argued June 4, 1928; decided June 19, 1928.)

APPEAL from a judgment, entered October 27, 1927, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendants entered upon a decision of the court on trial at Special Term and directing judgment in favor of plaintiff. The action was to recover the down payment made by plaintiff upon his purchase at public auction of real property forming part of the estate of Claus Doscher, deceased, upon the ground that the transfer tax on the estate had not been fixed and paid and was a lien upon the premises and, therefore, defendants could not convey a clear title thereto.

*Henry F. Cochrane* for appellants.

*A. M. Dreyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.